660

No. 401. FREEPORT TEXAS CO. ET AL. v. UNITED STATES. November 21, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. Paul Armitage* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, George H. Foster, Bradley B. Gilman,* and *Wm. H. Riley, Jr.,* for the United States.

No. 437. SCOTT LUMBER CO. v. SUBURBAN IMPROVEMENT CO. November 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Frank W. Nesbit* for petitioner. *Mr. John A. Howard* for respondent.

No. 455. GILRUTH v. LUSTER ET AL;
No. 456. GILLETTE v. SAME; and
No. 457. HUTCHENS v. SAME. November 21, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Irwin T. Gilruth* for petitioners. *Mr. Frank C. Mann* for respondents.

No. 458. U. S. ZINC CO. v. CENTRAL STATES POWER & LIGHT CORP. November 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Charles Earl* and *Colley W. Bell* for petitioner. *Messrs. Francis E. Matthews, Elmer J. Lundy,* and *L. M. Poe, Jr.,* for respondent.

No. 495. DORRANCE ET AL. v. PENNSYLVANIA. December 5, 1932. Petition for writ of certiorari to the Supreme